Pro Se Filing - 23 - CV - 5500

Request: I ask you to treat my case as "private" (not "public") I received a message yesterday via email and messenger from the man claiming to be a journalist. He inquired about my case through your ECF system and contacted me via email and mobile phone number (messenger), my personal information in my litigation file. I only hope that my case will be dealt with in the relationship between the plaintiff and the defendant in accordance with New York State law, and I do not want to be infringed on my legitimate rights through unrelated third parties. Most of all, my personal information such as my address and mobile number are written on my document, and I am scared and worried that he contacted me. If you take care of this, I would like to revise the personal information part of my existing document and upload the data again. (won't make any modifications to the content.). I would like to correct only my personal information.) Please consider my situation.

Kyongmi Hong

*Kyong Mi, Hong* (signature)

---------- Forwarded message ----------
From: **Secretofkorea An** <jesim56@gmail.com>
Date: Tuesday, September 5, 2023
Subject: 홍경미선생님께
To: ziohong@gmail.com

홍경미[HONG KYONG MI]님 질의서

홍경미님께

[주소 서울시 용산구 대사관로 7길 5의 502호 / 전화번호 82 - 10 - 4470 - 5513 / 전자우편 ziohong@gmail.com - 미국연방법원이 공개한 소송장서 인용]

저는 미국에서 발행되는 주간지 선데이저널 USA의 안치용기자 입니다. 홍경미님이 2023년 6월 뉴욕남부연방법원에 조나단 선등을 상대로 제기한 소송에 대해 문의드립니다.

1. 홍경미님이 2023년 6월 27일 뉴욕남부연방 법원[사건번호 SDNY - 1:23-CV-5500-UA]에 조나단 선, 트론파운데이션등을 상대로 소송을 제기한 이유가 무엇인지요?
2. 소송장에는 홍경미님이 피고의 사기혐의등에 따른 손해액등에 대해 언급되지 않았습니다. 손해액은 얼마인지요?
3. 홍경미님은 소송장에서 전자지갑의 키를 분실한 것은 한국에서 형사사건 재판을 통해 확인됐다고 주장했습니다. 한국에서의 형사사건 재판의 담당법원과 사건번호, 원고와 피고, 그리고 사건내용에 대해 설명해 주시겠습니까?
4. 소송장 및 전자송달동의서등의 하단에는 '2130487 / 금융복합그룹 검사팀 / 홍경미 / 1 -15 - 99 / 라고 기재돼 있고, 그 아래에는 '이 문서는 금융감독원 자산 이므로, 사전승인없이 복사, 촬영, 수정, 배포등을 하실수 없습니다' 라고 기재돼 있습니다. 이 소송장 및 전자송달동의서에 왜 금감원 문건이라는 문구등과 금감원 로고가 워터마크로 표시돼 있는 것입니까?
5. 본보확인결과 금융감독원 '금융그룹감독실'의 '금융복합그룹 검사팀'에 '홍경미' 라는 분이 선임조사역으로 근무하고 계십니다. 혹시 이 소송원고가 금감원에 근무하는 홍경미씨와 동일인인가요?
6. 소송제기자 홍경미씨가 금감원직원 홍경미씨와 동일하다면, 이 소송장을 금감원 근무중 작성하셨는지요?
7. 소송제기자 홍경미씨가 금감원직원 홍경미씨와 동일하다면, 이 소송장을 금감원 소유 컴퓨터로 작성, 저장한뒤 금감원 컴퓨터로 인쇄명령을 내려 금감원 프린터로 인쇄한 것인가요?

8. 소송제기자 홍경미씨가 금감원직원 홍경미씨라면, 금감원 컴퓨터와 프린터로 소송장을 작성, 인쇄해서 미국연방법원에 제출한 것은 금감원 직원으로서 윤리규범등을 위반한 것이 아닌지요?

소송장등을 첨부하오니 살펴보시고 정확한 사실관계확인을 위해 가급적 빠른 시간내 하단 기재 전자우편으로 답변을 부탁드립니다

2023년 9월 4일

안치용드림 [전자우편 jesim56@gmailcom]

---

4 attachments

📄 **트론상대소송제기 홍경미님 질의서 20230904.pdf**
84K

📄 **홍경미대저스틴선소송3 소송수수료납입명령 20230727.pdf**
508K

📄 **홍경미대저스틴선소송2 전자송달동의서 20230627.pdf**
726K

📄 **홍경미대저스틴선소송1 소송장 20230627.pdf**
5818K