Pro Se Filing - 23 - CV - 05500

Request: I ask you to treat my case as "private" (not "public") I received a message via email and messenger from the man claiming to be a journalist. He inquired about my case through your ECF system and contacted me via email and mobile phone number (messenger), my personal information in my litigation file. I only hope that my case will be dealt with in the relationship between the plaintiff and the defendant in accordance with New York State law, and I do not want to be infringed on my legitimate rights through unrelated third parties. Most of all, my personal information such as my address and mobile number are written on my document, and I am scared and worried that he contacted me. If you take care of this, I would like to revise the personal information part of my existing document and upload the data again. (won't make any modifications to the content.). I would like to correct only my personal information.) Please consider my situation.

So far, he has written two articles with my personal information such as my company name and real name. I don't want to be defamed for facts that are no longer confirmed. I sincerely ask you to keep this case private.

https://sundayjournalusa.com/2023/09/07/%eb%8b%a8%eb%8f%85%ec%b7%a8%ec%9e%ac-%eb%82%98%ec%82%ac-%ed%92%80%eb%a6%b0-%ea%b8%88%ea%b0%90%ec%9b%90-%e5%a5%b3%ec%a7%81%ec%9b%90%ec%9d%98-%ed%99%a9%eb%8b%b9%ed%95%9c-%ed%96%89%eb%b3%b4-%ec%a0%95/

 Kyongmi Hong

Unit 502, Daesagwan-ro 7-gil 5, Yongsan-gu, Seoul, Republic of Korea

(+82)010-4470-5513

ziohong@gmail.com