Pro Se Filing - 23 - CV - 5500

I previously received additional documents, submitted the check to the court, and submitted it to the finance department. However, the judge's review has not yet taken place. I'd like to withdraw the additional documents I've submitted. The gist of the document was "Please treat my case as a closed case". I learned from your staff, wire, e-mail, etc. that all criminal cases are treated as "open" cases in New York court. I want to follow the rules of the New York court. The judge does not need to review my papers because I am withdrawing my additional documents. Please let me know by email how I can get my check back.

Kyongmi Hong

*Kyong Mi, Hong* (signature)

Kyong Mi, Hong
Unit 502, Daesagwan-ro 7-gil 5, Yongsan-gu, Seoul, Republic of Korea
(+82)010-4470-5513
ziohong@gmail.com