Prose Fileing - New Case

Regarding my existing case((1:23-cv-05500-LTS), I would like to ask you questions and requests regarding the following.

1. ECF system said that my case was "dismissed-voluntary". I never "dismissed-voluntary" my case. The paper I requested in the third quarter of last year and canceled is not a conventional criminal case. I asked to cancel my request to treat my case as an "unopen case". I want to know if this is due to a simple error, or if not, please let me know why my case was canceled. In the end, please re-register my criminal case. If re-register, please let me know if my case number will be reissued. (Whether case handling is subordinated)

2. I still haven't received a refund for the "adding paper fee". I talked to the person in charge twice, and as he requested, I wrote my address and my Korean bank account system information on the application form and sent it. I waited for the court to process it, but it didn't proceed, so I called the court in December last year, received the form by email from the person in charge, filled out important matters, and submitted it. They told me that it would take about eight weeks to process. But it hasn't been processed yet.

Kyong Mi, Hong

Unit 401, hanamdaero 46gil 54, Yongsan-gu, Seoul, Republic of Korea

(+82)010-4470-5513

ziohong@gmail.com

*Kyong Mi, Hong* (signature)