UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYONG MI HONG,

               Plaintiff,

-against-                                23-CV-5500 (LTS)

JUSTIN SUN; TRON FOUNDATION           ORDER
LIMITED; BITTORRENT FOUNDATION
LTD.,

               Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated September 24, 2024, the Court granted Plaintiff's motion for reconsideration, and directed the Clerk of Court to vacate the previous order of dismissal and judgment, and to reopen this action for further proceedings. (ECF 16.) Because a previous order of the Court had directed the Clerk of Court to refund Plaintiff's payment of the $402 in filing fees that she previously paid (ECF 14), by order dated September 27, 2024, the Court directed Plaintiff to either resubmit the $402 in fees or file an application to proceed *in forma pauperis*.[1] (ECF 17.) It has come to the Court's attention, however, that the Clerk of Court was not able to refund Plaintiff the $402 that she previously paid and that the money is still in the court's possession.

      Because the court is still in possession of the $402 Plaintiff originally paid to commence this action, the Court directs the Clerk of Court to apply her previous payment of $402 to this

---

[1] On December 1, 2023, the fees required to bring a civil action in this court increased to $405.00. Because Plaintiff originally filed this action on June 27, 2023, the old fee schedule applies.

action in satisfaction of its September 27, 2024 order directing payment of the fees. The filing fees for this action will be considered paid.

SO ORDERED.

Dated:   October 8, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge