UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYONG MI HONG,

                      Plaintiff(s),

      -against-

JUSTIN SUN, TRON FOUNDATION LIMITED,
BITTORRENT FOUNDATION LTD.,

                      Defendant(s).

Case No. 1:23-cv-5500 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action against Justin Sun, Tron Foundation Limited, and Bittorrent Foundation Ltd. Plaintiff asserts that he is the owner of "TRX" crypto asset securities that he deposited into the "Tronlink pro application" operated by the Bittorrent Foundation Ltd. Plaintiff alleges that his crypto assets have since been converted into frozen assets in the Tronlink pro application and that the Tron Foundation has not responded to his requests to reissue those securities.

      The Clerk of Court is directed to issue summonses as to Defendants Justin Sun, Tron Foundation Ltd., and Bittorrent Foundation Ltd. Plaintiff is directed to serve the summons and complaint upon Defendants Justin Son, Tron Foundation Ltd., and Bittorrent Foundation Ltd. within 90 days of the issuance of the summonses. If service has not been made within 90 days after the date the summonses are issued, and Plaintiff has not requested an extension of time to serve, the Complaint as against Defendants Justin Sun, Tron Foundation Ltd., and Bittorrent Foundation may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send a copy of this Order to Plaintiff by mail and via the email address listed on the docket, together with an information detailing the steps necessary to effect proper service.

Dated: October 18, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge