Pro Se Filing - 23 - CV - 5500

I need to update an existing address with a new one. I have noticed that my mail has started to be delivered to the wrong address. Please correct and resend my mail to the new address before it is delivered to the wrong address.

New Address : 401 unit, Hannam-daero 46-gil 54, Yongsan-gu, Seoul, Republic of Korea

Kyongmi Hong

*Kyong Mi, Hong* (signature)

Kyong Mi, Hong
(+82)010-4470-5513
ziohong@gmail.com