UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYONG MI HONG,

                            Plaintiff,

            -against-

JUSTIN SON, TRON FOUNDATION LTD.,
BITTORENT FOUNDATION LTD.,

                            Defendants.

Case No. 1:23-cv-05500 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 24, 2025, the Court ordered Plaintiff to show good cause why service of the summons and Complaint had not been made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believed that Defendants had been served, to show when and in what manner service was made.  Dkt. 23.

On February 23, 2025, Plaintiff filed a letter with the Court stating that he has not received court filings to his new mailing address, and that he is seeking pro bono services to assist with prosecution of this litigation.  Dkt 24.

"Rule 4(m) does not define good cause.  In determining whether a plaintiff has shown good cause for the failure of proper service, courts in this circuit consider whether (1) the plaintiff's efforts at service were reasonable and (2) the defendant has been prejudiced." *Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. Forman 635 Joint Venture*, No. 94-cv-01312 (LLS), 1996 WL 272074, at *2 (S.D.N.Y. May 21, 1996).  "While a plaintiff's pro se status is no excuse for failure to serve the defendant and does not automatically amount to good cause for failure to serve within the time allotted by Rule 4(m), the Court may nevertheless exercise its discretion and extend the time to serve." *Harper v. NYC Admin. for Children's Serv*., No. 09-cv-02468 (JGK), 2010 WL 23328, at *2 (S.D.N.Y. Jan. 5, 2010).

1

Because Plaintiff is proceeding *pro se* and has indicated that he has not been receiving court filings, the Court shall grant Plaintiff an extension until **April 27, 2025** to file his summons and Complaint.

The Clerk of Court is respectfully directed to send a copy of this Order to the mailing address listed on the docket and to Plaintiff's email address as listed on the docket.  A copy of the information package previously mailed to Plaintiff, Dkt. 21, should likewise be sent to Plaintiff's mailing address and email address.

The Court advises Plaintiff that the City Bar Justice Center has a Federal Pro Se Legal Assistance Project that provides free, limited-scope legal services to pro se litigants.  Plaintiff may access an online form here: City Bar Justice Center Get Legal Help, or leave a message at (212) 382-4794.  Information about the City Bar Justice Center's Legal Clinic can also be found here: Legal Assistance Clinic | U.S District Court.

Dated:  February 26, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2