UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYONG MI HONG,<br><br>         Plaintiff,<br><br>  -against-<br><br>JUSTIN SON, TRON FOUNDATION LTD., and BITTORRENT FOUNDATION LTD.,<br><br>         Defendants. | Case No. 1:23-cv-05500 (JLR)<br><br>**OPINION AND ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On January 24, 2025, the Court ordered Plaintiff to show good cause why service of the summons and Complaint had not been made within 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believed that Defendants had been served, to show when and in what manner service was made. Dkt. 23. On February 23, 2025, Plaintiff filed a letter with the Court stating that he had not received court filings to his mailing address and that he was seeking *pro bono* services to assist with prosecution of this litigation. Dkt. 24. On February 26, 2025, in light of Plaintiff's *pro se* status, the Court granted Plaintiff a further extension until April 27, 2025, to serve the summons and Complaint on Defendants. Dkt. 25. On March 20, 2025, the Court denied Plaintiff's application to proceed in forma pauperis and for pro bono counsel, based in part on the early procedural posture of this case, the financial documents submitted, and the fees paid in this case.

  On May 5, 2025, the Court ordered Plaintiff to communicate with the Court, in writing, as to why Plaintiff had failed to serve the summons and Complaint by April 27, 2025, or, if Plaintiff believed that Defendants had been served, when and in what manner service was made. Dkt. 30 at 1. The Court warned that if it did not receive any communication from Plaintiff by June 2, 2025 showing good cause why service was not made, the Court may

dismiss the case without further notice for a failure to prosecute. Dkt. 30 at 1-2. To date, Plaintiff has not filed any correspondence with the Court or filed proof of service on the docket.

Because Plaintiff is pro se, the Court shall grant Plaintiff a final extension until July 31, 2025 to show good cause why service was not made. Failure to do so shall result in dismissal of the case for a failure to prosecute.

The Clerk of Court is respectfully directed to email a copy of this order to Plaintiff's email address as listed on the docket, as well as to mail a copy of this Order to Plaintiff's physical mailing address.

Dated: June 16, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge