UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYONG MI HONG,<br><br>         Plaintiff,<br><br>   -against-<br><br>JUSTIN SUN, TRON FOUNDATION LIMITED,<br>and BITTORRENT FOUNDATION LTD.,<br><br>         Defendants. | Case No. 1:23-cv-05500 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On June 16, 2025, the Court granted Plaintiff a final extension until July 31, 2025 to show good cause why service was not made, and warned that failure to do so would result in dismissal of the case for a failure to prosecute. Dkt. 31.

On June 30, 2025, Plaintiff informed Chambers that he no longer wishes to proceed with this lawsuit. Therefore, pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), the instant action is dismissed without prejudice.

Dated: June 30, 2025
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge